IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | CASE NO. 1:14-CR-639-WKW [WO] |
| JANET LYNN FLOWERS | ) | |

**ORDER**

On May 14, 2015, the Magistrate Judge entered a Recommendation in this case (Doc. # 36), to which no timely objections have been filed. Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED and that Defendant's motion to suppress (Doc. # 17) is DENIED.

DONE this 2nd day of June, 2015.

                                              /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE